UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER FERDINAND FORBES,

      Plaintiff,

v.

MICHAEL RAND, *et al.*,

      Defendants.

_____ /

Case No. 23-13131

F. Kay Behm
United States District Judge

Curtis Ivy, Jr.
United States Magistrate Judge

**ORDER ESTABLISHING DEADLINE TO IDENTIFY AND SERVE HEIRS,
STAYING THE CASE, AND SUSPENDING DEADLINES**

On March 10, 2026, Defendant's counsel filed a suggestion of death concerning Defendant, Michael Rand (the Decedent).  (ECF No. 54).  Federal Rule of Civil Procedure 25(a)(1) allows for the substitution of an individual who is a party to a lawsuit "[i]f [the] party dies and the claim is not extinguished."  The Rule states that if a party dies, then a motion for substitution may be filed up to 90 days after the suggestion of death is served.  Accordingly, representatives for the Decedent have 90 days from the service of the suggestion of death to file a motion for substitution, if appropriate, in accordance with Rule 25.  The court does not have knowledge as to whether representatives of the Decedent have been identified and served.  As such, the court is without sufficient information to properly calculate the deadline for substitution in accordance with Rule 25(a).

1

Therefore, the court orders that Defendant's counsel file a proof of service or a signed declaration detailing whether any heirs have been identified, and if so, whether notice has been made, the manner of notification, the date upon which such notification was made and to whom, including the name(s) and address(es) of the recipient(s), and their relationship to the Decedent.  **Defendant's counsel has 30 days from the date of entry of this Order to comply with all aspects of this Order**.

And in view of the current posture of the proceedings, the court also stays the case and suspends all other case management dates pending the establishment of the Decedent's estate and further action regarding substitution.

**SO ORDERED**.

Date: March 13, 2026                              s/F. Kay Behm
                                                  F. Kay Behm
                                                  United States District Judge

2