UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER FERDINAND FORBES,

Plaintiff,

v.

MARY RAND, *Estate of Michael Rand, by and through its Personal Representative*,

Defendant.
_______________________________/

Case No. 4:23-cv-13131

Hon. F. Kay Behm
United States District Judge

## JUDGMENT

In accordance with the Opinion and Order issued on August 31, 2026, the case is **DISMISSED**. Count One is dismissed with prejudice. Counts Two, Three, and Four are dismissed without prejudice.

**SO ORDERED.**

Date: August 31, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge